.IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

**In re:  Debbie Cooper Ryan**　　　　　　＊　　**Chapter 13**
　　　　　**Debtor,**　　　　　　　　　　　＊　　**Case No.: 22-70066**
　　　　　　　　　　　　　　　　　　　　＊
**Jonathan DeLoach,**　　　　　　　　　　＊
　　　　**Trustee.**　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　　＊
**U.S. Bank Trust,**　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　　＊
　　　　**Respondent.**　　　　　　　　　　＊

**Notice of Debtor's Objection to Claim No. 6 of U.S. Bank Trust**

Debtor in the above-captioned case, having filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before the 18th day of July, 2022 pursuant to 9006(f).  If you are receiving this notice by mail you may add 3 days to the response date stated above.  The objection or response should be sent to:

Clerk, United States Bankruptcy Court
Middle District of Georgia
P.O. Box 2147
Columbus,  GA 31902
706-649-7837

**If an objection or response is filed, a hearing on the objection to your claim shall be held on:**

**August 31, 2022 at 8:30 a.m. at the
U.S. Federal  Courthouse
401 N. Patterson St.
Valdosta, GA  31601
Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" on the Court's website www.gamb.uscourts.gov and refer to Administrative Orders 137 and 139 prior to the hearing for instructions on whether to appear in person or by phone.**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any response or objection shall also be served on the objecting party.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to L.B.R. 9007-1(c)

This 17th day of June, 2022.

            /s/FRANKLIN D. HAYES
            Franklin D. Hayes
            Attorney for Debtor

P.O. Box 2377,
 Douglas, GA 31534
912-383-6132
Ga Bar No. 339910

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **In re:  Debbie Cooper Ryan,** | * | **Chapter 13** |
| **Debtor,** | * | **Case No.: 22-70066** |
| | * | |
| **Jonathan DeLoach,** | * | |
| **Trustee.** | * | |
| | * | |
| **U.S. Bank Trust,** | * | |
| | * | |
| **Respondent.** | * | |

## OBJECTION TO CLAIM NO. 6 OF U.S. BANK TRUST

Comes now the Debtor, Debbie Cooper Ryan, and file their objection to Claim No. 6 of U.S. Bank Trust as follows:

1. Debtor filed for Chapter 13 relief on the 26th day of January, 2022.

2. U.S. Trust filed a secured claim in the amount of $98,634.79 for Mortgage claim, $18,181.14 for arrears.

3. Debtor states that the arrearage amount owed should be $9,000.00 not the $18,181.14 that U.S. Bank Trust is claiming.. Therefore, U.S. Bank Trust should reduce their claim to $9,000.00.

WHEREFORE, Debtor prays that the claim of U.S. Bank Trust should be reduced.

/s/FRANKLIN D. HAYES
FRANKLIN D. HAYES
ATTORNEY FOR DEBTOR

P.O. Box 2377
Douglas, GA 31534
912-383-6132
State Bar No. 339910

THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

**In re:  Debbie Cooper Ryan**          *     **Chapter 13**
      **Debtor,**          *     **Case No.: 22-70066**
                *
    **Jonathan DeLoach,**          *
      **Trustee.**          *
                *
    **U.S. Bank Trust,**          *
                *
      **Respondent.**          *

**Certificate of Service**

I, Franklin D. Hayes, attorney for Debtor, Debbie Cooper Ryan, do hereby certify that I have this day served a copy of the foregoing **Notice, Objection to the Claim of,** upon:

| | |
|---|---|
| **Jonathan DeLoach** | **U.S. Bank Trust as Trustee** |
| Chapter 13 Trustee | of the Bungalow Series IV Trust |
| P.O. Box 1907 | c/o SN Servicing Corporation |
| Columbus, Georgia 31902 | 323 Fifth Street |
| | Eureka, CA 95501 |

by mailing a copy of same to them via First Class mail in properly addressed envelopes with postage sufficient to cover the cost of the same.

    This ___17th___ day of ___June___, 2022.

                                        /s/FRANKLIN D. HAYES
                                        FRANKLIN D. HAYES
                                        Attorney for Debtor

P.O. Box 2377
Douglas, Georgia
(912) 383-6132
GA Bar No: 339910